Office Mailing Address:                                                           Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                        Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                              P.O. Box 680
Reading, PA  19606                                                               Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-11314-AMC

Angella R Edwards Grant                                    Petition Filed Date: 05/04/2023
1002 Dixon Road                                            341 Hearing Date: 06/23/2023
Elkins Park  PA    19027                                   Confirmation Date: 10/04/2023

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/14/2023 | $1,350.00 | | 09/13/2023 | $1,350.00 | | 10/27/2023 | $1,350.00 | |
| 11/28/2023 | $1,350.00 | | 12/28/2023 | $1,350.00 | | 02/05/2024 | $1,350.00 | |
| 03/05/2024 | $1,350.00 | | 04/03/2024 | $1,350.00 | | 05/06/2024 | $1,350.00 | |
| 06/04/2024 | $1,350.00 | | 07/08/2024 | $1,350.00 | | | | |

**Total Receipts for the Period: $14,850.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,900.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 1 | THE HUNTINGTON NATIONAL BANK »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $85.24 | $85.24 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 02S | Secured Creditors | $4,657.40 | $868.68 | $3,788.72 |
| 4 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $44.70 | $0.00 | $44.70 |
| 5 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $134.39 | $0.00 | $134.39 |
| 7 | SPECIALIZED LOAN SERVICING LLC »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | NATIONSTAR MORTGAGE LLC »» 006 | Mortgage Arrears | $60,235.34 | $11,235.08 | $49,000.26 |

**Chapter 13 Case No. 23-11314-AMC**

| | |
|---|---|
| | **SUMMARY** |

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,900.00 | Current Monthly Payment: | $1,294.20 |
| Paid to Claims: | $17,064.00 | Arrearages: | $736.20 |
| Paid to Trustee: | $1,836.00 | Total Plan Base: | $77,875.20 |
| Funds on Hand: | $0.00 | | |

## NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.