IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 23-11314 |
| **Angella R. Edwards Grant** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * |
| | : |
| **U.S. Bank National Association, not in its** | : Date and Time of Hearing |
| **individual capacity but solely as Trustee** | : December 18, 2024 at 11:00 a.m. |
| **for Merrill Lynch First Frank Mortgage** | : |
| **Loan Trust, Mortgage Loan Asset-** | : Place of Hearing |
| **Backed Certificates, Series 2007-2** | : U.S. Bankruptcy Court |
| **Movant,** | : 900 Market Street, Suite 400, Courtroom #4 |
| **vs** | : Philadelphia, PA, 19107 |
| | : |
| **Angella R. Edwards Grant** | Related Document # 46 |
| **Alvin N. Grant** | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2024, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.     The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.     Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*[signature]*

**Date: January 2, 2025**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Stephen R. Franks, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

BRENNA HOPE MENDELSOHN, Attorney for Debtor and/or Co-Debtor, 637 Walnut Street, Reading, PA  19601,  tobykmendelsohn@comcast.net (notified by ecf)

Angella R. Edwards Grant and Alvin N. Grant, Debtor and/or Co-Debtor, 1002 Dixon Road, Elkins Park, PA  19027 (notified by regular US Mail)

Specialized Loan Servicing LLC, Party of Interest, 8742 Lucent Blvd, Suite 300, Littleton, CO  80129 (notified by regular US Mail)