United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 23-11314-amc
Angella R. Edwards Grant                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angella R. Edwards Grant, 1002 Dixon Road, Elkins Park, PA 19027-1114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:**

**Name**        **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor U.S. Bank National Association amps@manleydeas.com

ANDREW L. SPIVACK
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for MERRILL LYN andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANGELA CATHERINE PATTISON
    on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for First Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, apattison@hillwallack.com, apattison@ecf.courtdrive.com

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Angella R. Edwards Grant tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for MERRILL LYNCH

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2
bkgroup@kmllawgroup.com

KERI P EBECK
on behalf of Creditor Specialized Loan Servicing  LLC, as Servicing Agent for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, Succes kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEPHEN R. STARKS
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for MERRILL LYN ryan.starks@brockandscott.com, wbecf@brockandscott.com

Stephen Franks
on behalf of Creditor U.S. Bank National Association amps@manleydeas.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-11314** |
| **Angella R. Edwards Grant** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association, not in its individual capacity but solely as Trustee for Merrill Lynch First Frank Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2** | : | **Date and Time of Hearing** |
| | : | **December 18, 2024 at 11:00 a.m.** |
| | : | |
| | : | **Place of Hearing** |
| | : | **U.S. Bankruptcy Court** |
| **Movant,** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **vs** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Angella R. Edwards Grant** | | **Related Document # 46** |
| **Alvin N. Grant** | | |
| **Scott F. Waterman** | | |
| **Respondents.** | | |

## ORDER OF COURT

      AND NOW, to wit, this _____ day of _____, 2024, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.     The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.     Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: January 2, 2025**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Stephen R. Franks, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

BRENNA HOPE MENDELSOHN, Attorney for Debtor and/or Co-Debtor, 637 Walnut Street, Reading, PA  19601,  tobykmendelsohn@comcast.net (notified by ecf)

Angella R. Edwards Grant and Alvin N. Grant, Debtor and/or Co-Debtor, 1002 Dixon Road, Elkins Park, PA  19027 (notified by regular US Mail)

Specialized Loan Servicing LLC, Party of Interest, 8742 Lucent Blvd, Suite 300, Littleton, CO  80129 (notified by regular US Mail)