# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Angella R. Edwards Grant | : | Case No.: 23-11314 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **U.S. Bank National Association, not in its individual capacity but solely as Trustee for Merrill Lynch First Frank Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2** ("Creditor").  Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Stephen R. Franks | /s/ Adam B. Hall |
| Stephen R. Franks (0075345) | Adam B. Hall (323867) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| SRFranks@mdklegal.com | ABHall@mdklegal.com |

23-011759_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-11314** |
| **Angella R. Edwards Grant** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **U.S. Bank National Association, not in** : | **Related Document #** |
| **its individual capacity but solely as** : | |
| **Trustee for Merrill Lynch First Frank** : | |
| **Mortgage Loan Trust, Mortgage Loan** : | |
| **Asset-Backed Certificates, Series 2007-2** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Angella R. Edwards Grant** | |
| **Alvin N. Grant** | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

BRENNA HOPE MENDELSOHN, Attorney for Angella R. Edwards Grant, tobykmendelsohn@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Angella R. Edwards Grant and Alvin N. Grant, 1002 Dixon Road, Elkins Park, PA  19027

/s/ Adam B. Hall

23-011759_PS