Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-11314-AMC**

Angella R Edwards Grant  
1002 Dixon Road  
Elkins Park  PA   19027

Petition Filed Date: 05/04/2023  
341 Hearing Date: 06/23/2023  
Confirmation Date: 10/04/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $1,350.00 | | 09/04/2024 | $1,350.00 | | 10/04/2024 | $1,350.00 | |
| 11/04/2024 | $1,350.00 | | 12/05/2024 | $1,350.00 | | 01/06/2025 | $1,350.00 | |
| 02/03/2025 | $1,350.00 | | 03/06/2025 | $1,350.00 | | 04/07/2025 | $1,350.00 | |
| 05/05/2025 | $1,350.00 | | 06/03/2025 | $1,350.00 | | 07/07/2025 | $1,350.00 | |

**Total Receipts for the Period:  $16,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $35,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | THE HUNTINGTON NATIONAL BANK »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 02P | Priority Creditors | $85.24 | $85.24 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 02S | Secured Creditors | $4,657.40 | $1,942.70 | $2,714.70 |
| 4 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $44.70 | $0.00 | $44.70 |
| 5 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $134.39 | $0.00 | $134.39 |
| 7 | NEWREZ LLC  D/B/A »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | NATIONSTAR MORTGAGE LLC »» 006 | Mortgage Arrears | $60,235.34 | $25,125.81 | $35,109.53 |

Chapter 13 Case No. 23-11314-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,100.00 | Current Monthly Payment: | $1,294.20 |
| Paid to Claims: | $32,028.75 | Arrearages: | $66.60 |
| Paid to Trustee: | $3,071.25 | Total Plan Base: | $77,875.20 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.