Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Angella R Edwards Grant
1002 Dixon Road
Elkins Park, PA 19027

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-11314-AMC**

Petition Filed Date: 05/04/2023
341 Hearing Date: 06/23/2023
Confirmation Date: 10/04/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $1,350.00 | | 09/04/2025 | $1,350.00 | | 10/06/2025 | $1,350.00 | |
| 11/03/2025 | $1,350.00 | | 12/08/2025 | $1,350.00 | | 01/06/2026 | $1,350.00 | |
| 02/03/2026 | $1,350.00 | | 03/06/2026 | $1,350.00 | | 04/03/2026 | $1,350.00 | |
| 05/04/2026 | $1,350.00 | | 06/03/2026 | $1,350.00 | | 07/06/2026 | $1,350.00 | |

**Total Receipts for the Period: $16,200.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $51,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | THE HUNTINGTON NATIONAL BANK<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $85.24 | $85.24 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02S | Secured Creditors | $4,657.40 | $3,017.99 | $1,639.41 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $44.70 | $0.00 | $44.70 |
| 5 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $134.39 | $0.00 | $134.39 |
| 7 | NEWREZ LLC D/B/A<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 006 | Mortgage Arrears | $60,235.34 | $39,032.82 | $21,202.52 |

**Chapter 13 Case No. 23-11314-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $51,300.00 | Current Monthly Payment: | $1,294.20 |
| Paid to Claims: | $47,011.05 | Arrearages: | ($603.00) |
| Paid to Trustee: | $4,288.95 | Total Plan Base: | $77,875.20 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.